UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CEF Energia, B.V.<br><br>　　　　　　　　　Petitioners,<br><br>　　　v.<br><br>The Italian Republic<br>　　　　　　　　　Respondent.<br><br>Greentech Energy Systems A/S (now known as Athena Investments A/S), Novenergia General Partner S.A. (acting as liquidator of Novenergia II Energy & Environment (SCA) SICAR) Novenergia II Italian Portfolio<br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>The Italian Republic<br>　　　　　　　　　Respondent. | **Case No. 1:19-cv-03443** |

**NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF
PETITIONER'S PETITION TO CONFIRM FOREIGN ARBITRAL AWARD**

　　Petitioners wish to inform the Court of two recent developments in Europe that Petitioners respectfully submit bear upon the jurisdictional issues pending before this Court.

　　**1. Termination Agreement**

　　On May 5, 2020, 23 EU Member States signed an agreement for the termination of intra-EU bilateral investment treaties (the "**Termination Agreement**").  A true and correct copy of the Termination Agreement is attached hereto as **Exhibit A**.  The Termination Agreement implements the March 2018 European Court of Justice judgment in *Slovak Republic v. Achmea BV*, Case C0284/16 (6 March 2018), ECLI:EU:C:108:158 ("**Achmea**").  That decision, according to the

European Commission "found that investor-State arbitration clauses in intra-EU bilateral investment treaties ("intra-EU BITs") are incompatible with the EU Treaties."[1]

Notably, the Termination Agreement discusses the Energy Charter Treaty ("**ECT**") and expressly states that the Termination Agreement "does not cover intra-EU proceedings on the basis of Article 26 of the Energy Charter Treaty." Exh. A at 6.  Sweden, the primary jurisdiction with respect to the award at issue in this case and the country whose courts possess exclusive authority to determine whether the award is valid, did not sign the Termination Agreement.

### 2. Proceedings in Sweden

On May 27, 2020, the Svea Court of Appeal (the "**Svea Court**") denied Spain's second request for a referral to the CJEU in the *Spain v. Novenergia II* proceeding.  A true and correct English copy of the Svea Court's Order denying Spain's Referral Request is attached hereto as **Exhibit B**.  Instead, the Svea Court found that "on the basis of what has been submitted in the case so far, it is currently not motivated to obtain a preliminary ruling from the CJEU."  *See* Exh. B at 3.  Had the Svea Court found that it was unclear about the validity of intra-EU arbitration under the ECT, it stands to reason that the Svea Court would have certified the question.

Dated: New York, New York
July 14, 2020

                                              Respectfully submitted,

                                              _____*/s/ James E. Berger*_____
                                              James E. Berger (D.C. Bar 481408)
                                              Charlene C. Sun (D.C. Bar 1027854)

                                              KING & SPALDING LLP
                                              1185 Avenue of the Americas
                                              New York, NY 10036-4003

---

[1] *See* European Commission, "EU Member States sign an agreement for the termination of intra-EU bilateral investment treaties," May 5, 2020, *available at* https://ec.europa.eu/info/publication/200505-bilateral-investment-treaties-agreement_en.

Tel: (212) 556-2100
Fax: (212) 556-2222
jberger@kslaw.com
csun@kslaw.com

*Attorneys for Petitioners*