**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CEF Energia, B.V.<br><br>                         Petitioner,<br><br>          v.<br><br>The Italian Republic<br><br>                         Respondent.<br><br>Greentech Energy Systems A/S (now known as Athena Investments A/S), Novenergia General Partner S.A. (acting as liquidator of Novenergia II Energy & Environment (SCA) SICAR) Novenergia II Italian Portfolio<br><br>                         Petitioners,<br><br>          v.<br>The Italian Republic<br><br>                         Respondent. | **Case No. 1:19-cv-03443-KBJ** |

<u>**JOINT STATUS REPORT OF SEPTEMBER 2, 2020**</u>

CEF Energia, B.V., Greentech Energy Systems A/S (now known as Athena Investments A/S), Novenergia General Partner S.A. (acting as liquidator of Novenergia II Energy & Environment (SCA) SICAR) Novenergia II Italian Portfolio ("Petitioners") and the Italian Republic ("Italy") make this submission pursuant to the Court's Order of July 23, 2020, instructing the parties to "file a joint status report that provides an update to the Court on the ongoing set-aside proceedings in the Svea Court, and that the parties shall continue to file such reports every thirty days thereafter until the conclusion of the proceedings." Dkt. No. 46.

1.      Since the parties' Joint Status Report of August 3, 2020 (Dkt. No. 47), there have been no additional developments in either *The Italian Republic v. CEF Energia B.V.*, Case No. T 4236-19 or *The Italian Republic v. Athena Investments A/S (earlier Greentech Energy Systems*

*A/S), NovEnergia II Energy & Environment (SCA), and NovEnergia II Italian Portfolio SA,* Case

No. T 3229-19.

Dated: New York, New York
        September 2, 2020

Respectfully submitted,

_____/s/ *James E. Berger*_____
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar 1027854)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556 -2222
jberger@kslaw.com
csun@kslaw.com

*Attorneys for Petitioners*

_____/s/ *Thomas E. Riley*_____
Thomas E. Riley (NY0163)
HERBERT SMITH FREEHILLS
NEW YORK LLP
450 Lexington Avenue
New York, NY 10017
Tel: (917) 542-7600
Fax: (917) 542-7601
Thomas.Riley@hsf.com

_____/s/ *Christian Leathley*_____
Christian Leathley (*pro hac vice*)
Robert Dawes (*pro hac vice*)
HERBERT SMITH FREEHILLS
NEW YORK LLP
450 Lexington Avenue
New York, NY 10017
Tel: (917) 542-7600
Fax: (917) 542-7601
Christian.Leathley@hsf.com
Robert.Dawes@hsf.com

*Attorneys for Respondent*