UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CEF Energia, B.V.<br>       Petitioner,<br>  v.<br>The Italian Republic<br>       Respondent.<br><br>Greentech Energy Systems A/S (now known as Athena Investments A/S), Novenergia General Partner S.A. (acting as liquidator of Novenergia II Energy & Environment (SCA) SICAR), and Novenergia II Italian Portfolio<br>       Petitioners,<br>  v.<br>The Italian Republic<br>       Respondent. | Case No. 1:19-cv-03443-KBJ |

## JOINT STATUS REPORT OF JULY 13, 2021

  CEF Energia, B.V. ("CEF") and Greentech Energy Systems A/S (now known as Athena Investments A/S) ("Greentech"), Novenergia General Partner S.A. (acting as liquidator of Novenergia II Energy & Environment (SCA) SICAR) ("Novenergia"), and Novenergia II Italian Portfolio ("Novenergia II," together with Greentech and Novenergia, the "Greentech Petitioners," and collectively with CEF, "Petitioners") and the Italian Republic ("Italy") make this submission pursuant to the Court's Order of July 23, 2020, instructing the parties to "file a joint status report that provides an update to the Court on the ongoing set-aside proceedings in the Svea Court, and that the parties shall continue to file such reports every thirty days thereafter until the conclusion of the proceedings." Dkt. No. 46.

  1. *The Italian Republic v. Athena Investments A/S (earlier Greentech Energy Systems A/S), NovEnergia II Energy & Environment (SCA), and NovEnergia II Italian Portfolio SA*, Case No. T 3229-19 and *The Italian Republic v. CEF Energia B.V.*, Case No. T 4236-19 remain stayed pending a decision from the Court of Justice in the European Union ("CJEU") concerning the

questions certified to the CJEU in *Athena Investments and others,* Case No. C-155/21. Dkt. No. 55.

2. The parties have no updates to report at this time.

Dated: New York, New York
July 13, 2021

Respectfully submitted,

/s/ *James E. Berger*
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar 1027854)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556 -2222
jberger@kslaw.com
csun@kslaw.com
*Attorneys for Petitioners*


/s/ *Thomas E. Riley*
Thomas E. Riley (NY0163)
HERBERT SMITH FREEHILLS
NEW YORK LLP
450 Lexington Avenue
New York, NY 10017
Tel: (917) 542-7600
Fax: (917) 542-7601
Thomas.Riley@hsf.com


/s/ *Christian Leathley*
Christian Leathley (*pro hac vice*)
Robert Dawes (*pro hac vice*)
HERBERT SMITH FREEHILLS
NEW YORK LLP
450 Lexington Avenue
New York, NY 10017
Tel: (917) 542-7600
Fax: (917) 542-7601
Christian.Leathley@hsf.com

Robert.Dawes@hsf.com
*Attorneys for Respondent*

3